UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES W. WEBER, | ) | CASE NO. C08-1676-RSL-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION FOR EXTENSION OF TIME |
| STEPHEN SINCLAIR, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, through appointed counsel, has filed a motion for an extension of time to file an amended petition for a writ of habeas corpus. (Dkt. No. 18). The Court, having reviewed the motion and the balance of the record, hereby finds and ORDERS as follows:

(1) Petitioner's motion for an extension of time does not comply with Civil Rule 7 of the Local Rules regarding the filing of motions. Specifically, the motion does not comply with CR 7(a), which directs a movant to file a motion and a proposed Order with the Clerk. Counsel for petitioner did not attach a proposed Order to the motion. In addition, counsel incorrectly noted the motion for consideration on the same day it was filed, May 4, 2009. Local Rule CR 7(d)(2) provides that in cases such as this, where a party is confined, the noting

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE -1

date provided in either CR 7(d)(1) or 7(d)(3) shall apply, depending on the type of motion at issue. A motion for extension of time falls under CR 7(d)(3), which states that the noting date for such a motion is the third Friday after filing. Therefore, the correct noting date for this motion is May 22, 2009.

(2) Ordinarily these lapses by counsel would prompt the Court to strike the motion and require counsel to refile a corrected motion. However, because this case has already been delayed once by the actions of petitioner's former counsel, and because petitioner should not bear the consequences of present counsel's error, the Court will grant the motion. Petitioner's motion for an extension of time (Dkt. No. 18) is GRANTED. Counsel shall file an amended petition no later than May 26, 2009. No further extensions will be granted absent extraordinary circumstances.

(3) The Clerk shall forward copies of this Order to counsel of record and to the Honorable Robert S. Lasnik.

DATED this <u>8th</u> day of May, 2009.

s/ Mary Alice Theiler<br>United States Magistrate Judge