01

02

03

04

UNITED STATES DISTRICT COURT
05                     WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

06

CHARLES WEBER,                          )    CASE NO. C08-1676-RSL-MAT
07                                              )
        Petitioner,                     )
08                                              )
        v.                              )    ORDER GRANTING EXTENSION OF
09                                              )    TIME TO FILE ANSWER
STEPHEN SINCLAIR,                       )
10                                              )
        Respondent.                     )
11  _____   )

12

        The Court has reviewed respondent's unopposed motion for an extension of time to file
13
an answer due to a need to obtain and review state-court files in order to respond sufficiently.
14
(Dkt. 25.)   Respondent's motion is GRANTED.   Respondent's answer is due by September
15
28, 2009.
16
        DATED this 11th day of September, 2009.
17

18

19                                              Mary Alice Theiler
                                              United States Magistrate Judge
20

21

22

ORDER GRANTING EXTENSION
OF TIME TO FILE ANSWER
PAGE -1