UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CHARLES WEBER, | ) | CASE NO. C08-1676-RSL-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION FOR AN EXTENSION OF |
| STEPHEN SINCLAIR, | ) | TIME |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner Charles Weber has filed an unopposed motion for an extension of time to file a reply and traverse to the answer. (Dkt. 31.) Mr. Weber requests a ninety-day extension of time from the October 23, 2009, noting date to permit counsel to complete an ongoing investigation into petitioner's actual innocence. (Dkt. 31, at 1–2; Dkt. 32, at 2–3.) The Court GRANTS Mr. Weber's unopposed motion for an extension of time (Dkt. 31). Mr. Weber's optional reply is due on January 22, 2010, and the Clerk is directed to note Mr. Weber's habeas petition (Dkts. 21, 27) for consideration on the same day.

DATED this 15th day of October, 2009.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR AN EXTENSION OF TIME
PAGE -1