UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES WEBER, ) | CASE NO. C08-1676-RSL-MAT |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER GRANTING PETITIONER'S |
| ) | UNOPPOSED MOTION FOR AN |
| STEPHEN SINCLAIR, ) | EXTENSION OF TIME |
| ) | |
| Respondent. ) | |

Petitioner Charles Weber moves for a forty-five day extension of the answer's noting date to permit counsel to complete an ongoing investigation into petitioner's actual innocence and claim of ineffective assistance of counsel. (Dkt. 34.) Respondent does not oppose this motion. Defense counsel located a missing alibi witness in late-December 2009 and plans to re-interview this witness, another witness, and the victim. (Dkt. 35, at 2.)

Because Mr. Weber has presented good cause for additional time, the Court GRANTS Mr. Weber's unopposed motion for an extension of time (Dkt. 34) but MODIFIES the terms. This is the third unopposed motion for an extension of time, and Mr. Weber suggests that respondent should be allowed to file an amended answer (Dkt. 34, at 1), which implies the necessity for an amended habeas petition based on newly discovered evidence. The Court therefore orders as follows: Mr. Weber is granted leave to file a second amended habeas

petition **within forty-five (45) days of the date of this order, to be noted for consideration on the fourth Friday after filing**; respondent shall file an amended answer no later than the Monday before the noting date; petitioner's optional reply is due no later than the noting date. *See* Local Rule CR 7(d)(3). The Clerk is directed to STRIKE the present noting date for the habeas petition. Should the filing of amended pleadings prove to be unnecessary, the parties are directed to present the Court with a proposed noting date for the papers that have already been filed.

DATED this 20th day of January, 2010.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge