# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| CHARLES WEBER, | ) | CASE NO. C08-1676-RSL-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER MODIFYING PETITIONER'S |
| | ) | OBLIGATION TO FILE STATUS |
| STEPHEN SINCLAIR, | ) | REPORTS |
| | ) | |
| Respondent. | ) | |

In this stayed matter, the Court directed petitioner Charles Weber to file status reports regarding his state-court proceeding every thirty (30) days. (Dkt. 39.) The Court finds that it is unnecessary for petitioner to file status reports with such frequency. In his March 9, 2012 status report, petitioner noted that the Washington Supreme Court has accepted review of his personal restraint petition and will be setting a date for oral argument. (Dkt. 63.) The Court **MODIFIES** petitioner's reporting requirement: petitioner is directed to file a status report every **ninety (90) days**. His next status report is due **June 11, 2012**.

DATED this 24th day of April, 2012.

Mary Alice Theiler
United States Magistrate Judge

ORDER MODIFYING PETITIONER'S OBLIGATION TO FILE
STATUS REPORTS
PAGE -1