UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES W. WEBER,<br><br>                    Petitioner,<br><br>     v.<br><br>STEPHEN SINCLAIR,<br><br>                    Respondent. | CASE NO. C08-1676-RSL-MAT<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY AND RENOTING ANSWER TO § 2254 PETITION |

Respondent moves for an extension of time to file a reply to petitioner's traverse. (Dkt. 81.) Petitioner agrees that an extension of time is warranted given the complexity of the issues involved. (Dkt. 83.) The Court GRANTS respondent's motion for an extension of time. (Dkt. 81.) Respondent may file a reply by **March 8, 2013**; the answer to the § 2254 petition (Dkt. 71) is RENOTED for **March 8, 2013**.

Dated this 5th day of March, 2013.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S MOTION
FOR AN EXTENSION OF TIME TO FILE A
REPLY AND RENOTING ANSWER TO § 2254
PETITION - 1