UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES W. WEBER, | CASE NO. C08-1676-RSL-MAT |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR LIMITED DISCOVERY |
| v. | |
| STEPHEN SINCLAIR, | |
| Respondent. | |

Petitioner Charles Weber, through appointed counsel, moves for limited discovery so that he may subpoena police reports from Sacramento County authorities that he would otherwise be unable to obtain. (Dkt. 78); *see* Rule 6, Rules Governing Section 2254 in The United States District Courts. Mr. Weber argues that the information is relevant to his state claim of actual innocence, and on federal habeas review to his contention that the state supreme court made an unreasonable determination of the facts in light of the evidence presented. *See* 28 U.S.C. § 2254(d)(2). Respondent has not filed an opposition.

The Court GRANTS petitioner's motion for limited discovery. (Dkt. 78.) Mr. Weber may propound the proposed subpoena(s) on Sacramento County police agencies. The Clerk is

DIRECTED to issue the necessary subpoena(s). The Court notes, however, that this order does not suggest that Mr. Weber's request for an evidentiary hearing will be granted or that he may present the records he obtains for the first time to a federal court on habeas review.

Dated this 5th day of March, 2013.

Mary Alice Theiler
United States Magistrate Judge